# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 39938

STATE OF IDAHO,

       Plaintiff-Respondent,

v.

EDGAR CHAVEZ-MELENDEZ,

       Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)

2013 Unpublished Opinion No. 390

Filed: March 6, 2013

Stephen W. Kenyon, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

___

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Bonneville County. Hon. Jon J. Shindurling, District Judge.

Judgment of conviction and unified sentence of five years, with a minimum period of confinement of two years, for unlawful possession of a firearm by a convicted felon, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Diane M. Walker, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

___

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and GRATTON, Judge

___

PER CURIAM

       Edgar Chavez-Melendez pled guilty to unlawful possession of a firearm by a convicted felon. Idaho Code § 18-3316(1). The district court sentenced Chavez-Melendez to a unified term of five years, with a minimum period of confinement of two years. Chavez-Melendez appeals asserting that the district court abused its discretion by imposing an excessive sentence.

       Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Chavez-Melendez's judgment of conviction and sentence are affirmed.